UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY ANDERSON, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>WYETH d/b/a WYETH, INC.; WYETH )<br>PHARMACEUTICALS INC.; )<br>PHARMACIA & UPJOHN COMPANY )<br>LLC f/k/a PHARMACIA & UPJOHN )<br>COMPANY; PFIZER INC.; and )<br>GREENSTONE LTD )<br>)<br>  Defendants. ) | Civil Action No. 05-11405-PBS |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiff Dorothy Anderson that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

DOROTHY ANDERSON

By her attorney:

/s/ Donald R. Grady, Jr._____
Donald R. Grady, Jr. (BBO No. 544841B)
Sheff Law Offices
10 Tremont Street. 7th Floor
Boston, MA 02108
(617) 227-7000
dgrady@shefflaw.com

Dated:  August 2, 2005

US1DOCS 5223191v1

          WYETH, INC. and WYETH
          PHARMACEUTICALS, INC.

          By their attorneys:

          /s/ John J. Butts_____
          Robert M. Mahoney (BBO No. 315040)
          John J. Butts (BBO No. 643201)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, MA 02109
          (617) 526-6000
          john.butts@wilmerhale.com

Dated:  August 2, 2005

US1DOCS 5223191v1