UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>      Plaintiff,<br><br>v.<br><br>WYETH d/b/a WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY LLC f/k/a PHARMACIA & UPJOHN COMPANY; PFIZER INC.; and GREENSTONE LTD.<br><br>      Defendants. | CIVIL ACTION NO. 05-11405-PBS |

**STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Pfizer Inc., Pharmacia & Upjohn, LLC and Greenstone, LTD. ("Defendants") and plaintiff Dorothy Anderson that the time for Defendants to answer or otherwise plead in response to the First Amended Complaint is hereby extended through and including twenty (20) days after the transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

                              Respectfully submitted:

                              DOROTHY ANDERSON
                              By her attorneys,

                              */S/ Donald R. Grady, Jr.*
                              _____
                              Donald R. Grady, Jr. (BBO No. 544841)
                              SHEFF LAW OFFICES, P.C.
                              10 Tremont Street
                              Daniel Webster Suite
                              Boston, MA  02108
                              Telephone:  (617) 227-7000

BOS1515470.1

PFIZER INC.; PHARMACIA & UPJOHN, LLC; and GREENSTONE, LTD.

*/S/ J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

DATED:  August 3, 2005

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 3rd day of August, 2005.

*/S/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.