UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WYETH d/b/a WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY LLC f/k/a PHARMACIA & UPJOHN COMPANY; PFIZER INC.;  and GREENSTONE LTD.<br><br>　　　　Defendants. | CIVIL ACTION NO. 05-11405-PBS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PFIZER INC.; PHARMACIA & UPJOHN COMPANY, LLC;
<u>AND GREENSTONE, LTD.</u>**

Pursuant to Fed. R. Civ. P. Rule 7.1 and Local Rule 7.3, defendants Pfizer Inc., Pharmacia & Upjohn Company, LLC and Greenstone, LTD. (collectively "Defendants") hereby state:

1.　　PFIZER, INC. is a publicly held company.

2.　　PHARMACIA & UPJOHN COMPANY, LLC is a limited liability company whose sole member is PHARMACIA & UPJOHN, LLC.  No publicly held company owns more than 10% of PHARMACIA & UPJOHN COMPANY, LLC.

3.　　GREENSTONE, LTD. is wholly-owned by PHARMACIA & UPJOHN COMPANY, LLC.  No publicly held company owns more than 10% of GREENSTONE, LTD.

BOS1515595.1

Respectfully submitted,

PFIZER, INC., PHARMACIA & UPJOHN COMPANY, LLC AND GREENSTONE, LTD.,

By its attorneys,

*/S/ J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02118
(617) 345-1000

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 3rd day of August, 2005.

*/S/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.