AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

Dorothy Anderson

**SUMMONS IN A CIVIL ACTION**

V.

Wyeth d/b/a Wyeth, Inc.; et al

CASE NUMBER:    05-11405PBS

TO: (Name and address of Defendant)

```
WYETH PHARMACEUTICALS INC.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808
```

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SimmonsCooper, LLC
707 Berkshire Boulevard
East Alton, IL 62024

ATTN: TIMOTHY THOMPSON

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON         JUL -7 2005

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/13/05 @ 4:20 pm |
| NAME OF SERVER *(PRINT)* ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   SERVED ROBIN FISK, AUTHORIZED TO ACCEPT SERVICE FOR CORPORATION SERVICE COMPANY, 2711 CENTERVILLE RD., STE. 400, WILMINGTON, DE  19808

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____7/13/05____     *[signature]*
                Date                                Signature of Server

APS INTERNATIONAL LTD.
7800 Glenroy Rd.
Minneapolis, MN  55439
*Address of Server*

SWORN TO AND SUBSCRIBED TO before me this 13th day of July, 2005.

*[signature]*
Notary Public

*[Notary seal: ANNE M. FRANCA, MY COMMISSION EXPIRES MARCH 14, 2007, STATE OF DELAWARE, NOTARY PUBLIC]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.