AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

Dorothy Anderson

**SUMMONS IN A CIVIL ACTION**

V.

Wyeth d/b/a Wyeth, Inc.; et al

CASE NUMBER:   05-11405PBS

TO: (Name and address of Defendant)

PHARMACIA & UPJOHN COMPANY LLC
CT CORPORATION SYSTEMS
101 FEDERAL ST.
BOSTON, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SimmonsCooper, LLC
707 Berkshire Boulevard
East Alton, IL 62024

ATTN: TIMOTHY THOMPSON

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL - 7 2005

CLERK

DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/14/05 |
| NAME OF SERVER (PRINT) WILLIAM MURPHY | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DARLINA MITCHELL, SUPERVISOR OF C.T. CORP., 101 FEDERAL ST., BOSTON, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/05   _William Murphy_
           Date          Signature of Server

QUICKSERV, INC.
P.O. Box 869103
Address of Server   Milton, MA 02186

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.