UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>WYETH dba WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY LLC fka PHARMACIA & UPJOHN COMPANY, INC.; and GREENSTONE LTD,<br><br>  Defendants. | NO. 05-11405PBS<br><br>COMPLAINT FOR DAMAGES<br>Personal Injury Action (28 U.S.C. §1332)<br><br>[DEMAND FOR JURY TRIAL]<br><br>FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____ |

## MOTION FOR ADMISSION PRO HACE VICE

Donald R. Grady, Esq., hereby moves this court to admit Timothy F. Thompson, Jr. and Stephanie Lyons to practice before this court pursuant to local rule 83.5.3 (b). In support of said motion, Donald R. Grady, Esq. hereby attaches the Application of Timothy F. Thompson, Jr. and Stephanie Lyons to practice before this court.

Respectfully submitted,

By: _____
Donald R. Grady
Sheff Law Offices
10 Tremont Street
7th Floor
Boston, MA 02108
Phone: (617) 227-7000
Fax: (617) 227-8833
dgrady@shfflaw.com

1

Timothy F. Thompson, Jr.
Stephanie Lyons
SIMMONSCOOPER LLC
707 Berkshire Blvd
P.O. Box 521
E. Alton, IL 62024
Phone: (618)259-2222
Fax: (618) 259-2251
tthompson@simmonscooper.com
slyons@simmonscooper.com


Michael L. Williams (OSB# 78426)
Brian S. Campf (OSB# 92248)
WILLIAMS    LOVE    O'LEARY
CRAINE & POWERS, P.C.
Suite 1900
1001 SW Fifth Avenue
Portland, OR  97204
Telephone:  (503) 295-2924
Fax:  (503) 295-3720
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>WYETH dba WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY LLC fka PHARMACIA & UPJOHN COMPANY; PFIZER INC.; and GREENSTONE LTD,<br><br>  Defendants. | NO. 05-11405PBS<br><br>COMPLAINT FOR DAMAGES<br>Personal Injury Action (28 U.S.C. §1332)<br><br>[DEMAND FOR JURY TRIAL] |

### APPLICATION FOR ADMISSION PRO HAC VICE

Now Comes Timothy F. Thompson, Jr. and for his application to be admitted before this court, *Pro Hac Vice*, pursuant to local rules 83.5.3 (b), states as follows:

1. I hereby certify I am a member in good standing of the Bars of the States of Illinois, Wisconsin, and Missouri. I am not a member of any other state bars.

2. I hereby certify that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the local rules of the United State District Court for the District of Massachusetts.

                                        Respectfully submitted,

                                By:  _____
                                        Timothy F. Thompson, Jr.
                                        SIMMONSCOOPER LLC
                                        707 Berkshire Blvd

1

P.O. Box 521
E. Alton, IL 62024
Phone: (618)259-2222
Fax: (618) 259-2251
tthompson@simmonscooper.com
slyons@simmonscooper.com

Subscribed and sworn to or affirmed before me this
22 day of July, 2005.

_____
Notary Public

(Affix seal or stamp.)

OFFICIAL SEAL
TARA BRAMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/09

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>WYETH dba WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY LLC fka PHARMACIA & UPJOHN COMPANY; PFIZER INC.; and GREENSTONE LTD,<br><br>        Defendants. | NO. 05-11405PBS<br><br>COMPLAINT FOR DAMAGES<br>Personal Injury Action (28 U.S.C. §1332)<br><br>[DEMAND FOR JURY TRIAL] |

### APPLICATION FOR ADMISSION PRO HAC VICE

Now Comes Stephanie Lyons and for his application to be admitted before this court, *Pro Hac Vice*, pursuant to local rules 83.5.3 (b), states as follows:

1. I hereby certify I am a member in good standing of the Bars of the States of Illinois and Missouri. I am not a member of any other state bars.

2. I hereby certify there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the local rules of the United State District Court for the District of Massachusetts.

Respectfully submitted

By: _____
Stephanie Lyons
SIMMONSCOOPER LLC
707 Berkshire Blvd

1

P.O. Box 521
E. Alton, IL 62024
Phone: (618)259-2222
Fax: (618) 259-2251
tthompson@simmonscooper.com
slyons@simmonscooper.com

Subscribed and sworn to or affirmed before me this
22 day of July, 20 05.

_Tara Braman_
Notary Public

(Affix seal or stamp.)

OFFICIAL SEAL
TARA BRAMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/09