UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK  
    CLERK

(501)604-5351

September 28, 2005

Sarah Allison Thornton  
U. S. District Court Clerk  
District of Massachusetts  
One Courthouse Way, Suite 2300  
Boston, Massachusetts 02210-3002

    Re:    MDL No. 1507 - In re Prempro Products Liability Litigation  
            E.D. AR Master Case Number 4:03CV01507 WRW  
            Dorothy Anderson v. Wyeth, et al - Your Case No. 1:05-11405 PBS  
            Jeanne LeBlanc, et al v. Wyeth, Inc., et al - Your Case No. 4:05-40102

Dear Ms. Thornton:

       A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on September 28, 2005. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

       The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

                                                      Sincerely,

                                                JAMES W. McCORMACK, CLERK

JWMc/rm  
Enclosures  
cc:    Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

SEP 27 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 1 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-51)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By_____ D.C.

# SCHEDULE CTO-51 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 1 05-1057 | Barbara Ann Greer v. Wyeth, et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-1244 | Linda Lasater v. Novartis Pharmaceuticals, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 1 05-73 | Deborah Perotti v. Wyeth Pharmaceuticals, Inc., et al. |
| **LOUISIANA WESTERN** | |
| LAW 6 05-853 | Burner Dean Malveaux v. Wyeth, et al. |
| **MASSACHUSETTS** | |
| MA 1 05-11405 | Dorothy Anderson v. Wyeth, et al. |
| MA 4 05-40102 | Jeanne LeBlanc, et al. v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-1778 | Ann Jewer, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-1032 | Elizabeth Bridegroom v. Wyeth, et al. |
| MN 0 05-1033 | Rochelle Wilensky v. Wyeth, et al. |
| MN 0 05-1302 | Carol Ann B. Lee, et al. v. Wyeth, et al. |
| MN 0 05-1314 | Nancy Fudally, et al. v. Wyeth, et al. |
| MN 0 05-1321 | Linda Boonstra v. Wyeth, et al. |
| MN 0 05-1322 | Martez Sanford, et al. v. Wyeth, et al. |
| MN 0 05-1325 | Phyllis Lewis v. Wyeth, et al. |
| MN 0 05-1360 | Marilyn Clark v. Wyeth, et al. |
| MN 0 05-1361 | Virginia Bowling, et al. v. Wyeth, et al. |
| MN 0 05-1363 | Linda Biggs, et al. v. Wyeth, et al. |
| MN 0 05-1364 | Barbara Anderson, et al. v. Wyeth, et al. |
| MN 0 05-1365 | Nilsa Guslawski, et al. v. Wyeth, et al. |
| MN 0 05-1372 | Heidi Liu, et al. v. Wyeth, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-329 | Jean A. Trevino v. Wyeth, Inc., et al. |
| MSS 3 05-405 | Iris Woodthorpe v. Wyeth, Inc., et al. |
| MSS 3 05-406 | Judy P. Brooks v. Wyeth, Inc., et al. |
| MSS 5 05-104 | Gladys Reed v. Pfizer, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 7 05-122 | Carolyn R. West v. Wyeth, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3 05-210 | Carol S. Teague, et al. v. Wyeth, et al. |
| **NEW HAMPSHIRE** | |
| NH 1 05-250 | Mary Hennessey v. Wyeth, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-6270 | Carol Baker, et al. v. Wyeth, et al. |

SCHEDULE CTO-51 - TAG ALONG ACTIONS (MDL 1507)            PAGE 2 OF 2

DIST. DIV. C.A.#           CASE CAPTION

RHODE ISLAND
RI    1  05-286            Jeanne E. Tsakeres, et al. v. Wyeth, Inc., et al.

SOUTH CAROLINA
SC    2  05-1967           Mary Jo Craven v. Wyeth, Inc., et al.
SC    2  05-1969           Sarah C. Ison, et al. v. Wyeth, Inc., et al.
SC    4  05-1928           Wilma Ginnity v. Wyeth, Inc., et al.
SC    4  05-1929           Sharon Howerton, et al. v. Wyeth, Inc., et al.
SC    4  05-1930           Edna Sims, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
TXE   6  05-223            Brenda J. Maliko v. Wyeth

WASHINGTON WESTERN
WAW   2  05-1078           Linda Swanson v. Wyeth, et al.
WAW   2  05-1079           Terry Kinner, et al. v. Wyeth, et al.

WEST VIRGINIA SOUTHERN
~~WVS   2  05-547~~           ~~Stephanie Toler, et al. v. Wyeth, et al.~~ Opposed 08/26/05