

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**   **RE:**

U.S.D.C.   CIVIL ACTION #. 05-11405

600 West Capitol Avenue, Room 402   YOUR CASE # 4:03CV01507 WRW

Little Rock, Arkansas 72201-3325

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on 10/20/05 by the Honorable Patti B. Saris.

The following documents are included in our file and transmitted herewith:

( x )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

( x )   Original documents numbered 1-2

(   )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: 10/20/05            By: /s/ Christine Patch
                               Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
     Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)